UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARMELLA CAMP** | * | **CASE NO:** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| **DURHAM SCHOOL SERVICES,** | * | |
| **L.P., NATIONAL EXPRESS** | * | |
| **CORPORATION AND OLD** | * | |
| **REPUBLIC INSURANCE** | * | **MAGISTRATE:** |
| **COMPANY** | | |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come defendants, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company (hereinafter "defendants") who file this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446, and allege and aver, as follows:

1.

An action entitled, *Carmella Camp v. Danta Sterling, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company* has been filed in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing docket number 12-1960, Division N, Section 8, and is now pending therein. The original Petition was filed by Carmella Camp ("Camp"), on or February 29, 2012, against Danta Sterling, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company.

2.

A copy of the original Petition was served on Durham School Services, L.P. through Durham's agent for service of process, CT Corporation, on March 15, 2012. A copy of the

Petition was served on National Express Corporation via the Louisiana Long-Arm statute on March 19, 2012. A copy of the original Petition was served on Old Republic Insurance Company through the Louisiana Secretary of State on March 14, 2012.

3.

At the time of the original filing, the action was not removable. However, after filing suit against defendants, plaintiff voluntarily dismissed her claim against Danta Sterling, the only non-diverse defendant in the suit, without prejudice.

4.

Undersigned counsel received a signed copy of the Motion to Dismiss Without Prejudice on January 24, 2013, and Honorable Paulette Irons signed the Motion to Dismiss Without Prejudice on January 29, 2013. A copy of the Motion to Dismiss Without Prejudice is attached hereto as Exhibit "A".

5.

Defendants hereby file this Petition for Removal of the captioned action pursuant to 28 U.S.C. Sections 1441 and 1446. This Petition for Removal is filed within 30 days of receipt by undersigned counsel of plaintiff's dismissal of her claims against Danta Sterling, the only non-diverse defendant in the suit, and removal is timely under 28 U.S.C. Section 1446(3). This action is removed under diversity jurisdiction pursuant to 28 U.S.C. Sections 1332 and 1441(a).

I. **REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332.**

6.

28 U.S.C. § 1332 provides federal district courts have original jurisdiction in cases "where the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs, and is between – (1) citizens of different States."

A.  **Complete Diversity Exists.**

7.

Plaintiff, Carmella Camp, is domiciled in Orleans Parish, Louisiana.

8.

Defendant, Durham School Services, L.P. is a limited partnership and is a citizen of the State of Illinois.

9.

National Express Corporation is a corporation and is a citizen of the State of Illinois.

10.

Old Republic Insurance Company is an insurance company and is a citizen of the State of Pennsylvania.

11.

There is complete diversity between plaintiff and all remaining defendants.

**B. The Amount in Controversy Exceeds $75,000.00.**

12.

For purposes of establishing removal jurisdiction, a defendant may demonstrate that the amount in controversy exceeds $75,000, "in one of two ways: (1) by demonstrating that it is 'facially apparent' from the petition that the claim likely exceeds $75,000 or (2) 'by setting forth the facts in controversy – preferably in the removal petition, but sometimes by affidavit – that support a finding of the requisite amount.'" *Grant v. Chevron Phillips Chemical Co.,* 309 F.3d

864, 868 (5th Cir. 2002) (emphasis in original) (quoting *Allen v. H & R Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995)).

**13.**

Plaintiff does not plead, and Louisiana law does not allow a plaintiff to plead a specific amount of damages. However, for purposes of this removal, it is apparent from the face of the Petition, as well as from the additional facts set forth herein that the amount in controversy relating to plaintiff's claim against defendants exceeds seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs.

**14.**

Plaintiff alleges that she has suffered damages as a result of a motor vehicle accident that occurred on August 9, 2011. Specifically, Camp alleges that she sustained serious personal injuries, including a cervical bulge, a lumbar strain superimposed on pre-existing lumbar surgery and a peripheral polyneuropathy. (Petition for Damages, ¶ 7) Camp seeks damages for medical expenses, pain and suffering, mental anguish and a physical disability.

**15.**

Additionally, plaintiff's counsel forwarded a post-Petition written settlement demand to counsel for defendants requesting settlement in excess of $100,000.

**16.**

This is a civil action over which the United States District Court for the Eastern District of Louisiana has original jurisdiction under the provisions of 28 U.S.C. § 1332, *et seq.*, as the amount in controversy, evidenced by the Petition and settlement demand, exceeds SEVENTY-FIVE THOUSAND AND 00/100 ($75,000.00) DOLLARS, exclusive of interest and costs, and complete diversity exists between all properly joined adverse parties.

**17.**

Pursuant to 28 U.S.C. § 1446(a), a copy of the Petition and all other pleadings served on defendants to date are attached hereto as Exhibit "B." Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice for Removal has been sent to counsel for Carmella Camp. Additionally, a copy of the Notice for Removal to the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, which has been filed in that court, is attached hereto as Exhibit "C."

**WHEREFORE**, defendants, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company, pray that the suit entitled "*Carmella Camp versus Danta Sterling, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company*", now pending in the Civil District Court, Parish of Orleans, State of Louisiana, and bearing docket number 12-1960, be removed to this United States District Court, Eastern District of Louisiana and for all just and equitable relief as allowed by law.

Respectfully Submitted:

**DEGAN, BLANCHARD & NASH, L.L.C.**

/s/ Jennifer S. Kilpatrick
Sidney W. Degan, III (No. 4804)
Jeffrey C. Brennan (No. 25585)
Jennifer S. Kilpatrick (No. 26510)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Fax: (504) 529-3337
*Attorneys for Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company*

## **CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. §1446(d)**

I hereby certify that on February 18, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Donald DeBoisblanc, Jr.
DEBOISBLANC LAW FIRM
410 South Rampart Street
New Orleans, Louisiana 70112

I hereby further certify that a copy of the foregoing Petition for Removal has also been placed in the United States mail with the proper sufficient postage affixed addressed to:

Hon. Dale N. Atkins
Clerk of Court, Civil District Court
421 Loyola Avenue, Room 402
New Orleans, Louisiana 70112

for filing in the record in the state court action entitled "Carmella Camp v. Danta Sterling, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company", Civil Judicial District Court, Parish of Orleans, State of Louisiana, and bearing docket number 2012-1960.

New Orleans, Louisiana, this 18th day of February, 2013.

/s/ Jennifer S. Kilpatrick
JENNIFER S. KILPATRICK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARMELLA CAMP | * | CASE NO: |
| | * | |
| VERSUS | * | |
| | * | JUDGE: |
| DURHAM SCHOOL SERVICES, L.P., NATIONAL EXPRESS CORPORATION AND OLD REPUBLIC INSURANCE COMPANY | * * * * | MAGISTRATE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was this day forwarded to:

Donald DeBoisblanc, Jr.
DEBOISBLANC LAW FIRM
410 South Rampart Street
New Orleans, Louisiana 70112

by facsimile and by depositing a copy of same in the United States Mail, postage pre-paid and properly addressed.

New Orleans, Louisiana, this 18th day of February, 2013.

\_\_/s/ Jennifer S. Kilpatrick_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARMELLA CAMP** | * | **CASE NO:** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| **DURHAM SCHOOL SERVICES, L.P., NATIONAL EXPRESS CORPORATION AND OLD REPUBLIC INSURANCE COMPANY** | * * * * | **MAGISTRATE:** |

*************************************************************************

## **VERIFICATION**

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared

JENNIFER S. KILPATRICK

who after being duly sworn declared:

That Jennifer S. Kilpatrick is a member of the firm of Degan, Blanchard & Nash, 400 Poydras Street, Suite 2600, New Orleans, Louisiana 70130, telephone number (504) 529-3333, and is herein representing defendants, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company.

8

That Donald DeBoisblanc, Jr. is an attorney licensed to practice law in the State of Louisiana and a member of DeBoisblanc Law Firm with offices located at 410 South Rampart Street, New Orleans, Louisiana 70112 telephone number (504) 586-0005, and is herein representing the plaintiff, Carmella Camp.

That she has read the foregoing Petition for Removal;

That the allegations contained therein are true and correct to the best of her knowledge and belief.

_____
JENNIFER S. KILPATRICK

SWORN TO AND SUBSCRIBED BEFORE ME, NOTARY PUBLIC, ON THIS 18th DAY OF February 2013.

_____
NOTARY PUBLIC
Richard C. Badeaux
Notary Public
State of Louisiana
Louisiana Bar Roll # 21457
My Commission is Issued for Life.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARMELLA CAMP** | * | **CASE NO:** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| **DURHAM SCHOOL SERVICES, L.P., NATIONAL EXPRESS CORPORATION AND OLD REPUBLIC INSURANCE COMPANY** | * * * * | **MAGISTRATE:** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF FILING OF STATE COURT RECORD

NOW INTO COURT, comes Jennifer S. Kilpatrick, attorney for defendants, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company, who certifies as follows:

Pursuant to the provisions of U.S.C. §1447(b), a copy of the entire suit record in the state court proceeding entitled, *"Carmella Camp v. Danta Sterling, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company"*, now pending in the Civil District Court, Parish of Orleans, State of Louisiana, and bearing docket number 12-1960, is hereby submitted for filing into the record of these proceedings. The referenced record contains the following documents:

1. Petition;

2. Citation for service on Durham School Services, L.P. through CT Corporation;

3. Citation for service on National Express Corporation through the Louisiana Long-Arm statute;

4.  Citation for service on Old Republic Insurance Company through the Louisiana Secretary of State;

5.  Answer of Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company;

6.  Request for Written Notice on behalf of Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company;

7.  Memorandum in Opposition to Motion to Set for Trial;

8.  Plaintiff's Witness List;

9.  May Call Witness and Exhibit List of Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company;

10. Motion and Order to Dismiss defendant, Danta Sterling; and

11. Notice of Deposition of Carmella Camp.

I hereby certify that this constitutes the entire state court suit record, and that no funds, other than the amounts paid for costs of litigation, have been deposited into the state court registry.

The following is a list of all attorneys involved in the cases and the parties they represent:

**Attorneys for plaintiff, Carmella Camp:**

>   Donald DeBoisblanc, Jr.
>   DEBOISBLANC LAW FIRM
>   410 South Rampart Street
>   New Orleans, Louisiana 70112
>   Telephone: (504) 586-0005
>   Facsimile: (504) 586-0007

**Attorneys for defendants, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company:**

Mr. Sidney W. Degan, III
Mr. Jeffrey Brennan
Ms. Jennifer S. Kilpatrick
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Facsimile: (504) 529-3337

Respectfully submitted,

DEGAN, BLANCHARD & NASH


 /s/ Jennifer S. Kilpatrick
SIDNEY W. DEGAN, III (#4804)
JEFFREY C. BRENNAN (#25585)
JENNIFER S. KILPATRICK (#26510)
400 Poydras Street, Suite 2600
New Orleans, Louisiana  70130
Telephone:  (504) 529-3333
Facsimile: (504) 529-3337
*Attorneys for Defendants Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company*

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading was this day forwarded to:

Donald DeBoisblanc, Jr.
DEBOISBLANC LAW FIRM
410 South Rampart Street
New Orleans, Louisiana 70112
Telephone: (504) 586-0005
Facsimile: (504) 586-0007

by facsimile and by depositing a copy of same in the United States Mail, postage pre-paid and properly addressed.

New Orleans, Louisiana, this 18th day of February, 2013.

                                                      /s/ Jennifer S. Kilpatrick
                                                      JENNIFER S. KILPATRICK