CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12 – 1960       SECTION 8       DIVISION "2"

CARMELLA CAMP

VERSUS

DANTA STERLING, DURHAM SCHOOL SERVICES, L.P.,
NATIONAL EXPRESS CORPORATION AND
OLD REPUBLIC INSURANCE COMPANY

FILED: _____

_____
DEPUTY CLERK

## PETITION FOR DAMAGES

The Petition of Carmella Camp, a person of age and resident of the Parish of Orleans, State of Louisiana, with respect represents:

1.

**MADE DEFENDANTS HEREIN:**

A.) **Danta Sterling** - A person of age and believed to be a resident of the Parish of Orleans, State of Louisiana and at all times pertinent hereto, the operator of the school bus;

B.) **Durham School Services, L.P.** (hereinafter "Durham") - A foreign corporation, licensed to and doing business in this parish and state and at all times pertinent hereto, the employer of Danta Sterling;

C.) **National Express Corporation** (hereinafter "National Express") - A foreign corporation, believed to be the parent company of Durham School Services, L.P. which operates out of Warrenville, Illinois, however, the principal place of business is based in Delaware;

D.) **Old Republic Insurance Company** (hereinafter "Old Republic") - A foreign insurance company, licensed to and doing business in this Parish and State, and at all times pertinent hereto, the vehicle liability insurer of Durham School Services, L.P. and National Express Corporation.

2.

That Danta Sterling, Durham, National Express and Old Republic are liable unto your petitioner for this to wit.

3.

That on August 9, 2011, your petitioner, Carmella Camp, was operating a 2006 Cadillac SRZ, which was parked on N. Derbigny Street and Mandeville Street, with the vehicle running.

4.

At the same time, Danta Sterling, while in the course and scope of her employment with Durham, was operating a 2008 FRHT Bus, owned by Durham and/or National Express, and proceeding down S. Derbigny Street in an attempt to make a left turn onto Mandeville Street.

5.

Suddenly and without warning to your petitioner, defendant Danta Sterling struck the front left side of your petitioner's vehicle, resulting in serious property damage and personal injuries to petitioner. Danta Sterling was cited for failure to use reasonable vigilance.

6.

That defendant, Danta Sterling, was negligent specifically but not exclusively in the following manner to wit:

a.    Failure to maintain proper control of a vehicle;

b.    Failure to maintain proper lookout;

c.    Failure to use reasonable vigilance;

d.    Careless operation of a motor vehicle; and

e.    Other acts of negligence that will be demonstrated at a trial of this matter.

All of which are in violation of State and local traffic ordinance which are specifically plead herein.

7.

As a direct result of the aforementioned accident, your petitioner, Carmella Camp, was caused to sustain serious personal injuries, which consist of, but not limited to, a cervical bulge, a lumbar strain superimposed upon the recent pre-existing lumbar surgery and a peripheral polyneuropathy.

8.

As a direct result of the aforementioned accident, your petitioner, Carmella Camp, was caused to incur medical expenses, endure pain and suffering, mental anguish, and a physical disability.

9.

That your petitioner is entitled to general and special damages in an amount to be determined by this Honorable Court.

**WHEREFORE**, petitioner prays that there be judgment herein in favor of Carmella Camp, and against Danta Sterling, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company in an amount to be determined by this Honorable Court, together with legal interest thereon from the date of judicial demand, all costs of these proceedings, attorney's fees and all general and equitable relief.

Respectfully submitted,

Donald F. de Boisblanc        4786
Donald F. de Boisblanc, Jr.   23462
Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
Tel. (504) 586-0005
Fax (504) 586-0007

**PLEASE SERVE:**

Danta Sterling
8431 Curran Boulevard
New Orleans, Louisiana 70118

Durham School Services, L.P.
Through its registered agent for service
C T Corporation System
5615 Corporate Boulevard
Suite 400B
Baton Rouge, Louisiana 70808

National Express Corporation - **VIA LOUISIANA LONG ARM**
Through it registered agent for service
C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, Illinois 60604

National Express Corporation - **VIA LOUISIANA LONG ARM**
Through its registered agent for service
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Old Republic Insurance Company
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

ATTORNEY'S NAME: deBoisblanc Jr, Donald   23462
AND ADDRESS:     410 South Rampart Street
                 New Orleans    LA 70112-1024

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2012 -- 01960        1        DIVISION: N          SECTION: N

CAMP, CARMELLA VERSUS STERLING, DANTA   ET AL

**CITATION**

TO: DANTA STERLING
    THROUGH:
    8431 CURRAN BOULEVARD

    NEW ORLEANS                    LA   70118

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
 FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**
Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.
*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    March 6, 2012

Clerk's Office, Room 402, Civil Courts          DALE N. ATKINS, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by
                                                       Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE                     DOMICILIARY SERVICE

On this _____ day of _____        On this _____ day of _____
_____ served a copy of the w/i petition   _____ served a copy of the w/i petition
FOR DAMAGES                          FOR DAMAGES

On                                   On
  DANTA STERLING                       DANTA STERLING

THROUGH:                             THROUGH:

                                     by leaving same at the dwelling house, or usual place of abode, in the hands of _____
Returned same day                    a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____
              No. _____             DANTA STERLING
Deputy Sheriff of _____
Mileage: $_____
                                     being absent from the domicile at time of said service.
_____ / ENTERED / _____                        Returned same day
PAPER      9701      RETURN                       No. _____
SERIAL NO.  DEPUTY  PARISH           Deputy Sheriff of _____

**VERIFIED**
Jade Scott 3.19.12
Deputy Clerk


**ATTORNEY'S NAME:** deBoisblanc Jr, Donald   23462
**AND ADDRESS:**         410 South Rampart Street
                        New Orleans   LA 70112-1024

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:     2012 — 01960       2       DIVISION: N                    SECTION:

CAMP, CARMELLA VERSUS STERLING, DANTA   ET AL

# CITATION

**TO:** DURHAM SCHOOL SERVICES, L.P.

THROUGH: ITS REGISTERED AGENT FOR SERVICE: C T CORPORATION SYSTEM

5615 CORPORATE BOULEVARD SUITE 400B

BATON ROUGE                     LA   70808

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk
of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561- 8828. This Referral Service operates in conjunction with the
New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the
New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.
*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA**        March 6, 2012

Clerk's Office, Room 402, Civil Courts             DALE N. ATKINS, Clerk of
421 Loyola Avenue                                  The Civil District Court
New Orleans, LA                                    for the Parish of Orleans
                                                   State of LA

                                                   by
                                                        Deputy Clerk

---

### SHERIFF'S RETURN
(For use of process servers only)

PERSONAL SERVICE                                   DOMICILIARY SERVICE

On this _____ day of _____          On this _____ day of _____
_____ served a copy of the w/i petition   _____ served a copy of the w/i petition
FOR DAMAGES                                  FOR DAMAGES

On                                          * On
   DURHAM SCHOOL SERVICES, L.P.             *    DURHAM SCHOOL SERVICES, L.P.
                                            *
                                            *
                                            *
                                            *
                                            *
THROUGH: ITS REGISTERED AGENT FOR SERVICE: C T   * THROUGH: ITS REGISTERED AGENT FOR SERVICE: C T
CORPORATION SYSTEM                          * CORPORATION SYSTEM
                                            *
                                            * by leaving same at the dwelling house, or usual place of
                                            * abode, in the hands of _____
                                            * a person of suitable age and discretion residing therein as
                                            * a member of the domiciliary establishment, whose name
                                            * and other facts connected with this service I learned by
          Returned same day                 * interrogating  HIM / HER the said _____
                                            * DURHAM SCHOOL SERVICES, L.P.
                       No. _____          *
   Deputy Sheriff of _____      *
Mileage: $ _____                *
                                            * being absent from the domicile at time of said service.
_____ / ENTERED / _____             * Returned _____ day
PAPER                    RETURN             *                         No. _____
_____ / _____ / _____                       * _____
SERIAL NO.   DEPUTY   PARISH                * Deputy Sheriff of

FILED

ATTORNEY'S NAME: deBoisblanc Jr., Donald , 23462
AND ADDRESS:
New Orleans    LA 70112-1024

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:    2012 -- 01960          4          DIVISION: " N "                         SECTION: 8

CAMP, CARMELLA VERSUS STERLING, DANTA    ET AL

### CITATION

**TO:** OLD REPUBLIC INSURANCE COMPANY
THROUGH:  THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE

BATON ROUGE                          LA    70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk
of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

### ADDITIONAL INFORMATION
Legal assistance is advisable.  If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561- 8828.  This Referral Service operates in conjunction with the
New Orleans Bar Association.  If you qualify, you may be entitled to free legal assistance through the
New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.
*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA**    March 6, 2012

Clerk's Office, Room 402, Civil Courts                    DALE N. ATKINS,  Clerk of
421 Loyola Avenue                                         The Civil District Court
New Orleans,  LA                                          for the Parish of Orleans
MAR 1 4 2012                                              State of LA
                                                         by
                                                         **Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

PERSONAL SERVICE                                          DOMICILIARY SERVICE

On this _____ day of _____                       On this _____ day of _____
_____ served a copy of the w/i petition                _____ served a copy of the w/i petition
FOR DAMAGES                                               FOR DAMAGES

On _____                                        On _____
    OLD REPUBLIC INSURANCE COMPANY                           OLD REPUBLIC INSURANCE COMPANY

THROUGH:  THE LOUISIANA SECRETARY OF STATE               THROUGH:  THE LOUISIANA SECRETARY OF STATE

                                                         by leaving same at the dwelling house, or usual place of
                                                         abode, in the hands of _____
                                                         a person of suitable age and discretion residing therein as
_____                                  a member of the domiciliary establishment, whose name
          Returned  same  day                            and other facts connected with this service I learned by
                                                         interrogating  HIM / HER the said _____
_____                                  OLD REPUBLIC INSURANCE COMPANY
          No.
_____
    Deputy Sheriff of _____

Mileage: $ _____
                                                         being absent from the domicile at time of said service.
_____ / ENTERED / _____                                  Returned same day
PAPER                    RETURN                           _____
3    /                    1 0 1                                         No.
SERIAL NO.    DEPUTY    PARISH                            Deputy Sheriff of _____

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

2012 MAR 19  A 11: 09

NO. 2012-1960          SECTION 8          DIVISION "N"
                                          CIVIL
                       CARMELLA CAMP       DISTRICT COURT

VERSUS

DANTA STERLING, DURHAM SCHOOL SERVICES, L.P.,
NATIONAL EXPRESS CORPORATION AND
OLD REPUBLIC INSURANCE COMPANY

FILED: _____          _____
                                          DEPUTY CLERK

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

   BEFORE ME, the undersigned, a Notary Public duly commissioned and
qualified in the Parish and State aforesaid, came and appeared:

                    DONALD F. de BOISBLANC, JR.

who did depose and state:

1.  I am the attorney for plaintiff, Carmella Camp in case number 201-1960, Division
    "N" Section 8, and as such I have knowledge of the matters set forth herein;

2.  Carmella Camp filed a Petition for Damages against Defendant, Danta Sterling,
    Durham School Services, L.P., National Express Corporation and Old Republic
    Insurance, on March 1, 2012;

3.  In accordance with the Louisiana Long Arm Statute (La. Rev. Stat. § 13:3201, *et
    seq.*) I served National Express Corporation, through its agent for service, C T
    Corporation System, with a copy of the Petition by Certified Mail letter dated
    March 9, 2012. (attached hereto as Exhibit A)

4.  The Certified Return Receipt was stamped received on March 13, 2012. (A copy
    of the Certified Return Receipt is attached hereto as Exhibit B).

                                          _____
                                          DONALD F. de BOISBLANC, JR.

SWORN AND SUBSCRIBED
BEFORE ME ON THIS ___ DAY OF
_____, 2012.

_____
DONALD F. de BOISBLANC, SR. #4786

3-19-12
VERIFIED
Cynthia Strombos
Deputy Clerk



**de Boisblanc**
— LAW FIRM —

**FILED**

2012 MAR 19  A 11:09

410 SOUTH RAMPART ST
NEW ORLEANS, LA 70112
TEL 504-586-0005
FAX 504-586-0007

**CIVIL DISTRICT COURT**

DONALD F. DE BOISBLANC
DONALD F. DE BOISBLANC, JR.*
J. RAND SMITH, JR.
*L.L.M. IN TAXATION

March 9, 2012

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*
National Express Corp.
Through its agent for service
C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, Illinois 60604

Re:   Carmella Camp v. Danta Sterling, et al
        CDC CaNo: 2012-01960; Division "N-8"

Dear Sir/Madam:

    Enclosed please find a Citation and Petition for Damages naming National Express Corporation as a defendant. Please forward both of these documents to the proper party as soon as conveniently possible so that responsive pleadings can be filed within the delays allowed by law.

    Should you have any questions or comments with regard to the enclosed pleadings, please do not hesitate to contact me or my paralegal, Katie.

    Thanking you in advance for your cooperation, I remain

Sincerely yours,

Donald F. de Boisblanc, Jr.



**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .65 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.95 |

Postmark Here

7007 1490 0003 3113 5387

Sent To  National Express Corp.
Street, Apt. No.; or PO Box No.  th Agent/CT Crp. Syst
City, State, ZIP+4  208 S. LaSalle St. Ste 814 Chicago 60604

PS Form 3800, August 2006        See Reverse for Instructions

**EXHIBIT**
A

**FILED**

2012 MAR 19  A 11: 09

CIVIL
DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

RECEIVED
MAR 3 2012
CT SOP DEPT

1. Article Addressed to:

National Express Group
Through its Agent
CT Corporation
208 S. LaSalle St.
Suite 814
Chicago, Illinois
60604

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7007 1490 0003 3113 5387

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



EXHIBIT
B

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2012-1960                SECTION 8                DIVISION "N"

CARMELLA CAMP

VERSUS

DANTA STERLING, DURHAM SCHOOL SERVICES, L.P.
NATIONAL EXPRESS CORPORATION AND
OLD REPUBLIC INSURANCE COMPANY

FILED: _____

                                        _____
                                        DEPUTY CLERK

**AFFIDAVIT OF SERVICE**

STATE OF LOUISIANA

PARISH OF ORLEANS

     **BEFORE ME**, the undersigned, a Notary Public duly commissioned and qualified in the

Parish and State aforesaid, came and appeared:

**DONALD F. de BOISBLANC, JR.**

who did depose and state:

1. I am the attorney for plaintiff, Carmella Camp in case number 201-1960, Division "N"

   Section 8, and as such I have knowledge of the matters set forth herein;

2. Carmella Camp filed a Petition for Damages against Defendant, Danta Sterling, Durham

   School Services, L.P., National Express Corporation and Old Republic Insurance, on

   March 1, 2012;

3. In accordance with the Louisiana Long Arm Statute (La. Rev. Stat. § 13:3201, *et seq.*) I

   served National Express Corporation, through its agent for service, C T Corporation

   System, Corporate Trust Center, 1209 Orange St., Wilmington, DE 19801, with a copy of

   the Petition by Certified Mail letter dated March 9, 2012. (attached hereto as Exhibit A)

4. The Certified Return Receipt was stamped received on March 13, 2012. (A copy of the

   Certified Return Receipt is attached hereto as Exhibit B).

                                        _____
                                        **DONALD F. de BOISBLANC, JR.**

SWORN AND SUBSCRIBED
BEFORE ME ON THIS 2 DAY OF
_____, 2012.

_____
DONALD F. de BOISBLANC, SR. #4786

Donald F. de Boisblanc
NOTARY PUBLIC
Bar# 4786 / ID# 1915
STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE



**de Boisblanc**
LAW FIRM

DONALD F. DE BOISBLANC
DONALD F. DE BOISBLANC, JR.*
J. RAND SMITH, JR.
*L.L.M. IN TAXATION

410 SOUTH RAMPART ST
NEW ORLEANS, LA 70112
TEL 504-586-0005
FAX 504-586-0007

March 9, 2012

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*
National Express Corp.
Through its agent for service
C T Corporation System
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Re:    Carmella Camp v. Danta Sterling, et al
       CDC CaNo: 2012-01960; Division "N-8"

Dear Sir/Madam:

   Enclosed please find a Citation and Petition for Damages naming National Express Corporation as a defendant. Please forward both of these documents to the proper party as soon as conveniently possible so that responsive pleadings can be filed within the delays allowed by law.

   Should you have any questions or comments with regard to the enclosed pleadings, please do not hesitate to contact me or my paralegal, Katie.

   Thanking you in advance for your cooperation, I remain

                          Sincerely yours,

                          Donald F. de Boisblanc, Jr.





EXHIBIT
A

FILED
2012 APR 18 P 1:49
CIVIL
DISTRICT COURT

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Scott Sabbath_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery<br>MAR 1 3 2012 |
| 1. Article Addressed to:<br><br>National Express Corp.<br>Through its Agent<br>CT Corporation System<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware<br>19801 | D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:   ☐ No<br><br><br>3. Service Type<br>☒ Certified Mail      ☐ Express Mail<br>☐ Registered         ☐ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)        ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 1490 0003 3113 5400 |
| PS Form 3811, February 2004         Domestic Return Receipt | 102595-02-M-1540 |

EXHIBIT
**B**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12-1960

DIVISION: N-8

FILED

APR 2 3 2012

DEPUTY CLERK
CIVIL DISTRICT COURT

CARMELLA CAMP

VERSUS

DANTA STERLING, DURHAM SCHOOL SERVICES, L.P.,
NATIONAL EXPRESS CORPORATION AND
OLD REPUBLIC INSURANCE COMPANY

FILED:_____          _____

                                         DEPUTY CLERK

## ANSWER OF DURHAM SCHOOL SERVICES, L.P., NATIONAL EXPRESS CORPORATION AND OLD REPUBLIC INSURANCE COMPANY TO PLAINTIFF'S PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come defendants, Durham School Services, L.P., National Express Corporation, and Old Republic Insurance Company (hereinafter "Defendants"), who, for answer to plaintiff's Petition for Damages, respond as follows:

I.

The allegations of fact set forth in the prefatory paragraph before paragraph 1 of plaintiff's Petition for Damages require no response of Defendants. To the extent a response is deemed required, the truth of the allegations of fact set forth in the prefatory paragraph before paragraph 1 of plaintiff's Petition for Damages is denied for lack of sufficient information to justify a belief therein.

II.

The truth of the allegations of fact set forth in paragraph 1 of plaintiff's Petition for Damages is denied for lack of sufficient information to justify a belief therein, except to admit that Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company were organized under the laws of states other than the State of Louisiana.

III.

The truth of the allegations of fact set forth in paragraph 2 of plaintiff's Petition for Damages is denied.

IV.

The truth of the allegations of fact set forth in paragraph 3 of plaintiff's Petition for Damages is denied for lack of sufficient information to justify a belief therein.

V.

The truth of the allegations of fact set forth in paragraph 4 of plaintiff's Petition for Damages is denied for lack of sufficient information to justify a belief therein.

VI.

The truth of the allegations of fact set forth in paragraph 5 of plaintiff's Petition for Damages is denied for lack of sufficient information to justify a belief therein.

VII.

The truth of the allegations of fact set forth in paragraph 6 of plaintiff's Petition for Damages is denied.

VIII.

The truth of the allegations of fact set forth in paragraph 7 of plaintiff's Petition for Damages is denied for lack of sufficient information to justify a belief therein.

IX.

The truth of the allegations of fact set forth in paragraph 8 of plaintiff's Petition for Damages is denied for lack of sufficient information to justify a belief therein.

X.

The truth of the allegations of fact set forth in paragraph 9 of plaintiff's Petition for Damages is denied.

XI.

The prayer paragraph beginning with the word "WHEREFORE" requires no response of Defendants.  To the extent a response is deemed required, the truth of the allegations of fact set forth in the prayer paragraph beginning with the word "WHEREFORE" is denied for lack of sufficient information to justify a belief therein.

**AFFIRMATIVE DEFENSES**

AND NOW, for further Answer, Defendants assert the following affirmative defenses in response to plaintiff's Petition for Damages:

XII.

The Petition for Damages fails to state a claim upon which relief may be granted.

XIII.

Defendants acted with due care at all times.

XIV.

Defendants at all times complied with all applicable laws, regulations and standards.

XV.

Defendants are free from any and all negligence.

XVI.

Plaintiff's alleged injuries and damages did not result, in whole or in part, from any action on behalf of or failure to act of Defendants.

XVII.

Defendants did not owe any duty to plaintiff.  Alternatively, Defendants did not breach any duty owed to plaintiff.  Alternatively, any breach of duty owed by Defendants was not the proximate cause of the injuries and damages alleged in plaintiff's Petition for Damages.

XVIII.

Defendants aver that plaintiff has failed to take appropriate action to mitigate her damages.

XIX.

Plaintiff's alleged damages, if any, were caused by, or aggravated by, preceding, superseding, independent and/or intervening causes for which Defendants are not responsible in whole or in part, and such causes operate to bar recovery completely against Defendants, or, alternatively, to reduce any recovery against Defendants.

XX.

Plaintiff's claims are barred by the doctrine of waiver, estoppel, and/or unclean hands.

XXI.

Plaintiff's claims are barred by accord and satisfaction, *res judicata*, prescription, peremption, abandonment, laches, and/or the applicable statutes of limitation.

XXII.

To the extent that Defendants are found to have liability to plaintiff in this suit, which liability Defendants absolutely deny, Defendants are entitled to contribution and/or indemnity from third parties for any damages Defendants are compelled to pay plaintiff as well as attorneys' fees and costs incurred by Defendants in defending this suit.

XXIII.

Defendants have no liability *ex delicto* to plaintiff.

XXIV.

Plaintiff has suffered no losses, and therefore, the doctrine of *damnum absque injuria* applies.

XXV.

Plaintiff's settlement with, and/or release of, solidary obligors have extinguished, discharged, and/or released Defendants' alleged liability to plaintiff, which liability Defendants deny.

XXVI.

Plaintiff's claims are barred by voluntary assumption of a known risk.

XXVII.

Plaintiff's alleged damages arose solely as a result of pre-existing medical conditions, causes, injuries, or exposures that are completely unrelated to the accident sued upon herein. Such pre-existing medical conditions, causes, injuries, or exposures should operate completely to bar recovery against Defendants or, alternatively, to reduce any recovery against Defendants.

XXVIII.

Defendants plead the comparative fault of plaintiff.

XXIX.

Defendants expressly reserve their right to reevaluate and/or assert additional defenses upon discovery and review of additional documents and information and upon the development of other pertinent facts.

XXX.

Defendants request a trial by jury on all issues herein.

WHEREFORE, defendants, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company, pray that their answer to plaintiff's Petition for Damages be deemed good and sufficient and after due proceedings be had, that there be judgment rendered in their favor, dismissing plaintiff's lawsuit and awarding costs, attorneys fees and interest to defendants, and for all such equitable relief as justice and the law may allow.

Respectfully submitted:

*Jennifer Kilpatrick*

Sidney W. Degan, III (#4804)
Jeffrey C. Brennan (#25585)
Jennifer S. Kilpatrick (#26510)
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone:    (504) 529-3333
Facsimile:    (504) 529-3337
*Attorneys for Durham School Services, L.P.,*
*National Express Corporation and Old*
*Republic Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing *Answer of Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company to Plaintiff's Petition for Damages* has been served upon all counsel of record by placing same in the U.S. mail, properly addressed and postage prepaid, this 23RD day of April, 2012.

*Jennifer Kilpatrick*

Jennifer S. Kilpatrick

FILED
APR 2 3 2012
DEPUTY CLERK
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12-1960                                      DIVISION: N-8

CARMELLA CAMP

VERSUS

DANTA STERLING, DURHAM SCHOOL SERVICES, L.P.,
NATIONAL EXPRESS CORPORATION AND
OLD REPUBLIC INSURANCE COMPANY

FILED:_____        _____
                                                     DEPUTY CLERK

### REQUEST FOR WRITTEN NOTICE

Defendants, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company, in accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, hereby request written notice by mail of the date and time fixed for any trial or hearing related to the above numbered and captioned matter, whether for exceptions, rules, trial on the merits, or any other proceeding.

In accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, written notice is also requested of the signing of any order or judgment relating to any matter, interlocutory or final, in the above numbered and captioned matter.

Respectfully Submitted:

_Jennifer Kilpatrick_

Sidney W. Degan, III (4804)
Julia A. Dietz (18866)
Jennifer S. Kilpatrick (26510)
DEGAN, BLANCHARD & NASH, P.L.C.
400 Poydras St, Suite 2600
New Orleans, LA 70130
Telephone:    (504) 529-3333
Facsimile:    (504) 529-3337
*Counsel for Durham School Services, L.P.,*
*National Express Corporation and Old*
*Republic Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Request for Notice* has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this _____ day of April, 2012.

_Jennifer Kilpatrick_
Jennifer S. Kilpatrick

FORM 83 - Rev. 3/000

**FILED**

### STATE OF LOUISIANA

2012 OCT 19 P 5: 02

#### CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

CIVIL
DISTRICT COURT

No. 2012-1960 _____   DIV. N-8 ____   CIVIL DOCKET

RECEIVED
OCT 23 2012
DIVISION N

CARMELLA CAMP

versus

DANTA STERLING, ET AL

#### MOTION TO SET FOR TRIAL ON THE MERITS

Donald F. de Boisblanc, Jr. _____, Attorney for ____ Plaintiff

who certifies that Trial Counsel have conferred on the ___19th___ day of ___October___, 20 12
and the case is ready for trial in accordance with Rule 10, Section I reprinted on the reverse side hereof,
moves the Court to set this case for trial.

CLERK, CIVIL DISTRICT COURT

Mover further certifies that a copy hereof has been
Mailed to all counsel of record before submission to the
Court.

421 LOYOLA AVENUE - ROOM 402

NEW ORLEANS, LA 70112

504-592-9100

JURY        ○

NON-JURY    ◉

Signature of Mover

410 S. Rampart Street, New Orleans, LA
Address

DATE: 10/19/2012

2012 - 01960  SEC. 8

RECEIPT#:

ESTIMATED TIME
FOR TRIAL   2 Days        70112        504.586.0005

Zip Code        PRICE   Telephone No PAID        BAL

#### NOTICE OF TRIAL

IT IS ORDERED by the Court that this case be:

set for a pre-trial conference on ___Dec 4___, 20 12 at 11:15 A. M.00 $ 0.00

MOTION TO SET TRIAL ON MERITS

set for trial on the merits at _____ M. on the ____ day of _____, 20 ___

NOV 20 PAID CASE # 2012019601/2 $47.00

_____
JUDGE        **NORLITA PARKER WELLS**
CRIER DIVISION "N"
BY ORDER OF THE COURT

AMOUNT RECEIVED

THE ATTORNEY SUBMITTING THIS MOTION IS REQUIRED TO PROVIDE BELOW OR IN THE ORDER OF THE COURT
1) The name of each party to this law suit and their status, i.e., defendant, Third Party, Plaintiff.
2) The name, address and phone number of each attorney representing each party.  CRIER DUE $.00

Jennifer S. Kilpatrick, Esq., atty for Defendant(s), 400 Poydras Street, Suite 2600, New

Orleans, LA 70130, 504.529.3333        Check #6361 Amt. $47.00

Donald F. de Boisblanc, Jr., atty for Plaintiff, 410 S. Rampart Street, New Orleans, LA

I certify that a copy of this notice has been
Mailed to each attorney or party in proper
Person.

_____
Minute Clerk



**Civil District Court for the Parish of Orleans**
**STATE OF LOUISIANA**

No.   2012 - 01960                                                                 Section:   08 - N

CAMP, CARMELLA
versus
STERLING, DANTA   ET AL

Date Case Filed:   2/29/2012

NOTICE OF PRETRIAL CONFERENCE

TO:

```
Donald F deBoisblanc Jr Esq          23462
410 South Rampart Street
New Orleans          LA 70112-1024

Jennifer S Kilpatrick Esq          26510
400 Poydras Street, Suite 2600
New Orleans          LA 70130
```

PLEASE TAKE NOTICE: The above numbered and entitled cause has been fixed for pretrial conference
on December 4 , 2012 , at 11:15 o'clock  AM , and appears  8   on the Docket.

New Orleans, Louisiana.
November 28, 2012

MINUTE CLERK

NORLITA PARKER WELLS
CRIER DIVISION "N"
BY ORDER OF THE COURT



# Civil District Court, Parish of Orleans
### STATE OF LOUISIANA
### DIVISION N

CHAMBERS OF
### Ethel Simms Julien
JUDGE

421 LOYOLA AVENUE
NEW ORLEANS, LA 70112
(504) 592-9254

If you cannot be present for the attached conference, please have a representative from your office available with your calendar to pick the necessary dates.

Thanking you in advance for your cooperation.

Norlita Parker Wells

Division "N", Court Crier

504-407-0330

FILED

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

2012 NOV -2  A 9: 31

**STATE OF LOUISIANA**

NO. 12-1960

CIVIL
DISTRICT COURT   **DIVISION: N-8**

**CARMELLA CAMP**

**VERSUS**

**DANTA STERLING, DURHAM SCHOOL SERVICES, L.P.,
NATIONAL EXPRESS CORPORATION AND
OLD REPUBLIC INSURANCE COMPANY**

FILED:_____        _____

                                                    **DEPUTY CLERK**

---

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO SET TRIAL ON
THE MERITS ON BEHALF OF DURHAM SCHOOL SERVICES, L.P., NATIONAL
EXPRESS CORPORATION AND OLD REPUBLIC INSURANCE COMPANY**

NOW INTO COURT, through undersigned counsel, come defendants, Durham School

Services, L.P., National Express Corporation and Old Republic Insurance Company, who file

this Memorandum in Opposition to Plaintiff's Motion to Set for Trial on the Merits. Defendants

aver that this case is not ready to be set for trial and that the requirements set forth in District

Court Rule 9.14 have not been met. Rule 9.14 states in pertinent part:

> The motion to set shall be accompanied by a certificate that all
> parties have answered or preliminary defaults have been taken
> against them, including third-party defendants, all depositions and
> discovery have been completed, all exceptions and preliminary
> matters have been disposed of, and the matter is ready for a pre-
> trial conference or to be set for trial.

Plaintiff's motion is not accompanied by a certificate setting forth the requisite

information called for in Rule 9.14. Further, at least one defendant, Danta Sterling, has not even

been served in this matter. Thus, Ms. Sterling has not yet made an appearance in this proceeding

and all issues have not been joined. Additionally, discovery in this case is still underway and the

parties have not yet had an opportunity to begin taking depositions, much less complete them.

For the foregoing reasons, defendants request that Plaintiff's Motion to Set for Trial on the Merits be denied so that plaintiff can serve all defendants and so the parties can complete discovery in this matter.

Respectfully submitted:

*Jennifer Kilpatrick*

Sidney W. Degan, III (#4804)
Jeffrey C. Brennan (#25585)
Jennifer S. Kilpatrick (#26510)
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone:   (504) 529-3333
Facsimile:   (504) 529-3337
*Attorneys for Durham School Services, L.P.,*
*National Express Corporation and Old*
*Republic Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing *Memorandum in Opposition to Plaintiff's Motion to Set for Trial on the Merits on Behalf of Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company* has been served upon all counsel of record by placing same in the U.S. mail, properly addressed and postage prepaid, this 30th day of October, 2012.

*Jennifer Kilpatrick*

Jennifer S. Kilpatrick

- 2 -

4638 8436

12/4/12

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

No. 12-1960      Division "N"      Section 8

CARMELLA CAMP

*versus*

DANTA STERLING, et al

## DISCOVERY CUT-OFF SCHEDULE

Now COMES plaintiff(s) and defendant(s) through their undersigned counsel of record, who, by signature, do hereby agree to the following discovery deadline dates.

(A) The Plaintiff(s) shall provide the defendant(s) with a list of all witnesses, experts, and exhibits by ___12-18-12___.

(B) The Defendant(s) shall provide the plaintiff(s) with a list of all witnesses, experts, and exhibits by ___1-18-13___.

(C) Pleadings may not be amended after ___1-25-13___.

(D) All depositions must be completed by ___4-5-13___.

(E) All discovery must be completed by ___4-5-13___.

(F) All discovery motions, with the exception of motions in limine, should be filed by ___4-5-13___ for a rule date of ___5-24-13___.

(G) All pre-trial/dispositive pleadings (such as Motions for Summary Judgment and except for Motions in Limine) should be filed by ___n.a.___

*******Once discovery is completed, either party may move to file a motion to set for trial using the form **available** in the Clerk of Court's office. [Form 85.]

RECEIVED:

Attorney(s) for plaintiff(s):

_____

_____

Attorney(s) for defendant(s):

_____

_____

_____

Signed at New Orleans, Louisiana, this ___4th___ day of ___December___, 2012.

A. Snee

**Law Clerk, Division "N", Civil
District Court Parish of Orleans**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. *12-1960*        DIVISION "N"        SECTION 8

_____CARMELLA CAMP_____

VERSUS

*DANIA STERLING, et al*

**JOINT SETTLEMENT CONFERENCE OUTLINE**

NOW INTO COURT, through undersigned counsel, comes Plaintiff[s]

_____ and Defendant[s]_____ in the above

entitled and numbered cause, for the purpose of filing this settlement conference

outline.

A settlement conference is scheduled for *Jan 17, 2013* at

*9:00* o'clock *A* M.   The jury trial/non-jury trial is estimated to last _____

day[s].

The settlement conference outline is due on the *15th* day of _____

*January*, 20 *13*, which is three [3] business days prior to the settlement

conference.   Accordingly, the settlement conference outline was filed into the

record of this case, with two [2] copies delivered to Division "N", Room 312, for the

Judge, and a copy delivered to all counsel of record on *Jan 15, 2013*

*Set on calendar for 2/14/13, 3 days prior to conf.*

**Attorney for Plaintiff[s]**          **Attorney for Defendant[s]**

   (1)   Summary of Facts

   (2)   Summary of Damages

   (3)   Stipulations

   (4)   Possible Stipulations

   (5)   Contested Issues of Fact and Law

   (6)   List of Fact Witnesses (Please indicate if testimony will be presented

      by deposition transcript, videotape, or otherwise.)

   (7)   List of Expert Witnesses (Please indicate if testimony will be

      represented by deposition transcript, videotape, or otherwise.)

   (8)   List of Exhibits

   (9)   Medical Summary

(10)    **Citations, Authorities & Quantum**

(11)    **Suggested Jury Instructions (If applicable.)**

(12)    **Suggested Jury Interrogatories (If applicable.)**

**RESPECTFULLY SUBMITTED,**

_____

**Signed by all counsel**

## CERTIFICATION OF COUNSEL

The undersigned counsel will hereby certify that this settlement conference outline has been formulated after a conference at which counsel for the respective parties have appeared in person.    Reasonable opportunity has been afforded counsel for corrections or additions prior to signing.    Hereafter, this outline will control the course of the trial and may not be amended except by consent of the parties and the Court, or by order of the Court to prevent manifest injustice. Possibility of settlement of this case was considered.    If this case settles prior to the morning of trial, it is the responsibility of the plaintiff's attorney to immediately telephone an notify the Court.

The undersigned counsel further certify that they have been informed of the Court's requirement that all settlement conference outlines must be filed three [3] business days prior to the conference and that the Court requires that attorneys appear at conferences timely and prepared.    Counsel is aware that failure to follow these guidelines may result in the Court imposing sanctions pursuant to LSA-C.C.P article 1551( C ).

_____

Signed by all counsel

12/18/12

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

2012 DEC 18 P 4:03

NO. 12-1960                                                DIVISION: N-8

CARMELLA CAMP CIVIL DISTRICT COURT

VERSUS

DANTA STERLING, DURHAM SCHOOL SERVICES, L.P.,
NATIONAL EXPRESS CORPORATION AND
OLD REPUBLIC INSURANCE COMPANY

FILED:_____        _____
                                        DEPUTY CLERK

## IDENTIFICATION OF EXPERT WITNESSES

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Carmella Camp,

who identifies the following as expert witnesses.

1. Dr. Bert R. Bratton; neurosurgeon - lumbar region

2. Dr. Patrick Waring; pain management

3. Dr. Kenneth E. Vogel; orthopedic surgeon

4. Dr. Courtney Russo; orthopedic - cervical region

Respectfully submitted:

_____
Donald F. de Boisblanc #4786
Donald F. de Boisblanc, Jr. #23462
Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
(504) 586-0005
(504) 586-0007 fax
Attorneys for Petitioner

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served upon all

counsel of record by placing same in the United States mail, properly addressed and postage

prepaid, this 18th day of December, 2012.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12-1960

DIVISION: N-8



CARMELLA CAMP

FILED

JAN 1 8 2013

VERSUS

DEPUTY CLERK
CIVIL DISTRICT COURT

DANTA STERLING, DURHAM SCHOOL SERVICES, L.P.,
NATIONAL EXPRESS CORPORATION AND
OLD REPUBLIC INSURANCE COMPANY

FILED:_____          _____
                                                              DEPUTY CLERK

### MAY CALL WITNESS AND EXHIBIT LIST OF DEFENDANTS, DURHAM SCHOOL SERVICES, L.P., NATIONAL EXPRESS CORPORATION AND OLD REPUBLIC INSURANCE COMPANY

NOW INTO COURT, through undersigned counsel, come Durham School Services, L.P.,

National Express Corporation and Old Republic Insurance Company (hereinafter "defendants"),

who file this list of witnesses they may call at the trial of this matter in accordance with the

deadlines set forth by the Court:

### WITNESSES

1.  Danta Sterling;
2.  Carmella Camp, on cross-examination;
3.  The investigating officer;
4.  Bert Bratton, M.D.;
5.  Patrick Waring, M.D.;
6.  Kenneth E. Vogel, M.D.;
7.  Courtney Russo, M.D.;
8.  Ralph Katz, M.D.;
9.  Adam Dowling, M.D.;
10. Rand Metoyer, M.D.;
11. Bryant George, M.D.;
12. Gregory Dowd, M.D.;
13. Richard Tupler, M.D.;
14. John Bouttee, M.D.;
15. Billy Naquin, physical therapist;
16. Bradley Bartholomew, M.D.;
17. Jash Patel, M.D.;
18. Saba Hasan, M.D.;
19. Arthur Kenney, M.D.;
20. Hazem Eissa, M.D.;
21. Eric Royster, M.D.;
22. Kristina Lafaye, M.D.;
23. Matthew Proctor, M.D.;
24. Wanda Robinson, M.D.;
25. Adam Dowling, M.D.;
26. Michael Voth, M.D.;
27. Daniel Trahant, M.D.;

28.   Ashfaq Qureshi, M.D.;
29.   Christopher Lew, M.D.;
30.   Daniel Roviera, M.D.;
31.   A physician retained by defendants to conduct an independent medical examination of plaintiff;
32.   Any witness necessary to authenticate any documents;
33.   Any witness identified during the course of discovery; and
34.   Any witness called or listed by any party.

## EXHIBITS

1.   State of Louisiana Uniform Motor Vehicle Traffic Crash Report;
2.   Medical records of Carmella Camp;
3.   Medical bills of Carmella Camp;
4.   Workers' compensation records;
5.   Any records produced in discovery;
6.   Any records produced in response to subpoenas issued in this case;
7.   Expert reports and curriculum vitae of witnesses; and
8.   Any exhibit listed or introduced by any party.

Defendants reserve the right to supplement and amend this May-Call Witness & Exhibit List, as discovery is ongoing.

Respectfully submitted:

*Jennifer Kilpatrick*

Sidney W. Degan, III (#4804)
Jeffrey C. Brennan (#25585)
Jennifer S. Kilpatrick (#26510)
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone:   (504) 529-3333
Facsimile:   (504) 529-3337
*Attorneys for Durham School Services, L.P.,*
*National Express Corporation and Old*
*Republic Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing *May Call Witness and Exhibit List of Defendants, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company* has been served upon all counsel of record via facsimile and/or by placing same in the U.S. mail, properly addressed and postage prepaid, this 18th day of January, 2013.

*Jennifer Kilpatrick*

Jennifer S. Kilpatrick

- 2 -

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12-1960                                              DIVISION: N-8

CARMELLA CAMP

VERSUS

DANTA STERLING, DURHAM SCHOOL SERVICES, L.P.,
NATIONAL EXPRESS CORPORATION AND
OLD REPUBLIC INSURANCE COMPANY

FILED:_____        _____
                                                    DEPUTY CLERK

NOTICE OF DEPOSITION

To:    Carmella Camp
       Through her attorney of record
       Donald F. de Boisblanc, Esq.
       410 South Rampart Street
       New Orleans, Louisiana 70112

        **PLEASE TAKE NOTICE** that defendants, Durham School Services, L.P.,

National Express Corporation, and Old Republic Insurance Company, through undersigned

counsel, will take the oral deposition of **Carmella Camp** on **Thursday, January 31, 2013** at

**1:30 p.m.** at the offices of Donald F. de Boisblanc, 410 South Rampart Street, New Orleans,

Louisiana 70112 before a court reporter authorized to administer oaths, to be continued each day

thereafter until completed, for all purposes allowed and pursuant to Louisiana Code of Civil

Procedure.

        You are invited to attend and take part as you deem proper and necessary.

                        Respectfully submitted:

                        _Jennifer Kilpatrick_

                        Sidney W. Degan, III (#4804)
                        Jeffrey C. Brennan (#25585)
                        Jennifer S. Kilpatrick (#26510)
                        DEGAN, BLANCHARD & NASH
                        400 Poydras Street, Suite 2600
                        New Orleans, Louisiana 70130
                        Telephone:   (504) 529-3333
                        Facsimile:   (504) 529-3337
                        *Attorneys for Durham School Services, L.P.,*
                        *National Express Corporation and Old*
                        *Republic Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing *Notice of Deposition* has been served upon all counsel of record by placing same in the U.S. mail, properly addressed and postage prepaid, this _24<u>th</u>_ day of January, 2013.

*Jennifer Kilpatrick*
Jennifer S. Kilpatrick

l:\438\8436\doc\12 nod (camp).doc

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12-1960                                                    DIVISION: N-8

CARMELLA CAMP

VERSUS

DANTA STERLING, DURHAM SCHOOL SERVICES, L.P.,
NATIONAL EXPRESS CORPORATION AND
OLD REPUBLIC INSURANCE COMPANY

FILED:_____        _____
                                              DEPUTY CLERK

## MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Carmella Camp, who desires to dismiss her claims against defendant, Danta Sterling, without prejudice, each party to bear their own costs, and reserving all rights of plaintiff, Carmella Camp, against all other named defendants in this matter.

Respectfully submitted:

Donald F. de Boisblanc (#4786)
Donald F. de Boisblanc, Jr. (#23462)
410 South Rampart Street
New Orleans, Louisiana 70112
Telephone:    (504) 586-0005
Facsimile:    (504) 586-0007
*Attorneys for Plaintiff, Carmella Camp*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Motion and Order to Dismiss Without Prejudice* has been served upon all counsel of record by hand delivery and/or placing same in the U.S. mail, properly addressed and postage prepaid, this 29th day of January, 2013.

Jennifer S. Kilpatrick (#26510)

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. 12-1960                                                DIVISION: N-8

**CARMELLA CAMP**

**VERSUS**

**DANTA STERLING, DURHAM SCHOOL SERVICES, L.P.,
NATIONAL EXPRESS CORPORATION AND
OLD REPUBLIC INSURANCE COMPANY**

FILED:_____        _____
                                                        **DEPUTY CLERK**

FILED

2013 JAN 29  P 3: 20

DISTRICT COURT

**ORDER**

Considering the foregoing Motion to Dismiss Without Prejudice;

IT IS HEREBY ORDERED that the claims of plaintiff, Carmella Camp, against defendant, Danta Sterling, be and are hereby dismissed, without prejudice, each party to bear their own costs, and reserving all rights of plaintiff, Carmella Camp, against all other named defendants in this matter.

New Orleans, Louisiana, this _29th_ day of _JANUARY_, 2013.

_____
(Sgd) Paulette R. Irons
HONORABLE ~~ETHEL S. JULIEN~~

