CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12-1960                                                                                  DIVISION: N-8

**CARMELLA CAMP**

**VERSUS**

**DANTA STERLING, DURHAM SCHOOL SERVICES, L.P.,
NATIONAL EXPRESS CORPORATION AND
OLD REPUBLIC INSURANCE COMPANY**

FILED:_____          _____
                                                                         **DEPUTY CLERK**

**NOTICE OF FILING OF NOTICE OF REMOVAL**

NOW INTO COURT, through undersigned counsel, come defendants, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company, who hereby notify this Honorable Court that, on February 18, 2013, a Notice of Removal of this action from the Civil District Court for the Parish of Orleans, State of Louisiana was filed with the United States District Court for the Eastern District of Louisiana. Said Notice of Removal is attached as Exhibit "A."

                                                                 Respectfully submitted:

                                                                 */s/ Jennifer Kilpatrick*
                                                                 Sidney W. Degan, III (#4804)
                                                                 Jeffrey C. Brennan (#25585)
                                                                 Jennifer S. Kilpatrick (#26510)
                                                                 DEGAN, BLANCHARD & NASH
                                                                 400 Poydras Street, Suite 2600
                                                                 New Orleans, Louisiana 70130
                                                                 Telephone:     (504) 529-3333
                                                                 Facsimile:      (504) 529-3337
                                                                 *Attorneys for Durham School Services, L.P.,*
                                                                 *National Express Corporation and Old*
                                                                 *Republic Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing *Notice of Filing of Notice of Removal* has been served upon all counsel of record via facsimile and/or by placing same in the U.S. mail, properly addressed and postage prepaid, this 18th day of February, 2013.

*Jennifer Kilpatrick*
Jennifer S. Kilpatrick