# DEGAN, BLANCHARD & NASH
A PROFESSIONAL LAW CORPORATION
TEXACO CENTER
400 POYDRAS STREET, SUITE 2600
NEW ORLEANS, LOUISIANA 70130

JENNIFER S. KILPATRICK

TELEPHONE (504) 529-3333
FACSIMILE (504) 529-3337
HTTP://WWW.DEGAN.COM
WRITER'S DIRECT E-MAIL
JKILPATRICK@DEGAN.COM

February 21, 2013

*Via Fax Only: 589-7521*
Honorable Jane Triche Milazzo
**United States District Court**
Eastern District of Louisiana
500 Poydras Street, Room C206
New Orleans, LA 70130

Re:  *Carmella Camp v. Durham School Services, L.P., et al.*
     USDC-EDLA No. 2:13-cv-00292-JTM-KWR
     Our File No.: 438-8436

Dear Judge Milazzo:

The parties have reached a settlement agreement, subject to plaintiff's counsel furnishing a report to defendants, as well as drafting and execution of a Receipt and Release agreement and the exchange of settlement funds. I write to advise the Court of this development, and will promptly notify the Court if there are any changes.

Should you need additional information or have any questions, please do not hesitate to contact me.

Sincerely,

*Jennifer Kilpatrick*
Jennifer S. Kilpatrick

JSK/cjl
cc:  Honorable Karen Wells Roby (*Via E-mail Only: efile-roby@uscourts.gov*)
     Donald F. de Boisblanc, Jr., Esq. (*Via Fax Only: 586-0007*)

L:\438\8436\Cor\34 Court.doc

# DEGAN, BLANCHARD & NASH

A PROFESSIONAL LAW CORPORATION

TEXACO CENTER

400 POYDRAS STREET, SUITE 2600

NEW ORLEANS, LOUISIANA 70130

T: (504) 529-3333/F: (504) 529-3337

HTTP://WWW.DEGAN.COM

## FACSIMILE COVER SHEET

| | | | |
|---|---|---|---|
| To: | Honorable Jane Triche Milazzo<br>Judge, USDC-Eastern District of LA | Facsimile No. | 589-7521 |
| Cc: | Donald F. de Boisblanc, Jr., Esq. | Facsimile No. | 586-0007 |
| Date: | February 21, 2013 | | |
| From: | Jennifer S. Kilpatrick | Pages: (Including Cover Sheet) | 2 |
| Our File: | 438-8436 | | |
| Re: | *Carmella Camp v. Durham School Services, L.P., et al.* | USDC-EDLA No. 2:13-cv-00292-JTM-KWR | |

**FACSIMILE MESSAGE:**

Please find attached correspondence regarding settlement of the above matter. Please note that the hard copy will **not** follow by mail. Thank you.

**If there is any issue in receiving this facsimile, please call (504) 529-3333. Facsimile sent by: Cristy Lafaye**

CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for a return of the documents.