UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARMELLA CAMP** | * | **CASE NO. 13-cv-00292** |
| | * | |
| **VERSUS** | * | **JUDGE JANE TRICHE MILAZZO** |
| | * | |
| **DURHAM SCHOOL SERVICES, L.P.,** | * | |
| **NATIONAL EXPRESS CORP., AND** | * | **MAGISTRATE KAREN WELLS ROBY** |
| **OLD REPUBLIC INSURANCE CO.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss;

IT IS HEREBY ORDERED that the claims of plaintiff, Carmella Camp, against defendants, Durham School Services, L.P., National Express Corporation and Old Republic Insurance Company, are hereby dismissed, with prejudice.

New Orleans, Louisiana, this __17th__ day of _____April_____, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE